UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED BULK CARRIERS
INTERNATIONAL L.D.A.,

        Plaintiff,

   - against -

NORTH CHINA SHIPPING LTD.,

        Defendant.
------------------------------------------------------------X

08 Civ. _____
ECF CASE

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:    NONE.

Dated: June 30, 2008
New York, NY

                                                        The Plaintiff,
                                                        UNITED BULK CARRIERS INTERNATIONAL L.D.A.,

By:   /s/ L. Davies
Lauren C. Davies (LD 1980)
Thomas L. Tisdale (TT 5263)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
ldavies@tisdale-law.com
ttisdale@tisdale-law.com