```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
UNITED BULK CARRIERS              :
INTERNATIONAL L.D.A.,             :
                                  :  ECF
               Plaintiff,         :  NOTICE OF RESTRICTED
                                  :  APPEARANCE PURSUANT TO
                                  :  SUPPLEMENTAL RULE E(8)
     -against-                    :  08 Civ. 5879 (WHP)
                                  :
NORTH CHINA SHIPPING LTD.,        :
                                  :
               Defendant.         :
----------------------------------------x
```

   NORTH CHINA SHIPPING (SINGAPORE) PTE. LTD., NORTH CHINA SHIPPING COMPANY LIMITED and NORTH CHINA SHIPPING COMPANY, LIMITED, by and through undersigned counsel, Cardillo & Corbett, hereby respectively enter their restricted appearances in this matter pursuant to Supplemental Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Dated:    New York, New York
          July 22, 2008

                              CARDILLO & CORBETT
                              Attorneys for Claimants,
                              NORTH CHINA SHIPPING (SINGAPORE) PTE. LTD.
                              NORTH CHINA SHIPPING COMPANY LIMITED and
                              NORTH CHINA SHIPPING COMPANY, LIMITED

                         By:  _____
                              Tulio R. Prieto (TP 8455)

                              29 Broadway
                              New York, New York 10006
                              Tel: (212) 344-0464
                              Fax: (212) 797-1212