*Pauley, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED BULK CARRIERS                     :
INTERNATIONAL L.D.A.,

                                         :

            Plaintiff,
                                         :         08 Civ. 5879 (WHP)
      - against -                                  ECF CASE
                                         :

NORTH CHINA SHIPPING LTD., a/k/a
NORTH CHINA SHIPPING CO. LTD.            :
a/k/a NORTH CHINA SHIPPING
COMPANY LTD. a/k/a NORTH CHINA           :
SHIPPING COMPANY LIMITED a/k/a
NORTH CHINA SHIPPING                     :
(SINGAPORE) PTE LTD.
                                         :
            Defendant.
-----------------------------------------------------X

```
┌──────────────────────────────┐
│ USDC SDNY                     │
│ DOCUMENT                      │
│ ELECTRONICALLY FILED          │
│ DOC #: _____         │
│ DATE FILED: 07·22·08          │
└──────────────────────────────┘
```

### EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT

**WHEREAS**, on July 21, 2008, Plaintiff, UNITED BULK CARRIERS

INTERNATIONAL L.D.A., filed a Verified Amended Complaint herein for damages against the

Defendant NORTH CHINA SHIPPING LTD. a/k/a NORTH CHINA SHIPPING COMPANY

LTD. a/k/a NORTH CHINA SHIPPING COMPANY LIMITED a/k/a NORTH CHINA

SHIPPING (SINGAPORE) PTE LTD. amounting to **$2,002,316.20** and praying for the issuance

of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental

Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil

Procedure; and

      **WHEREAS**, the Process of Maritime Attachment and Garnishment would command that

the United States Marshal or other designated process server attach any and all of the

Defendant's property within the District of this Court; and

**WHEREAS**, the Court has reviewed the Verified Amended Complaint and the

Supporting Affidavit, and the conditions of Supplemental Admiralty Rule B appearing to exist;

**NOW,** upon motion of the Plaintiff, it is hereby:

**ORDERED**, that Pursuant to Rule B of the Supplemental Rules for Certain Admiralty

and Maritime Claims, the Clerk of the Court shall issue Process of Maritime Attachment and

Garnishment against all tangible or intangible property, credits, letters of credit, bills of lading,

effects, debts and monies, electronic funds transfers, freights, sub-freights, charter hire, sub-

charter hire or any other funds or property up to the amount of **$2,002,316.20** belonging to, due

or being transferred to, from or for the benefit of the Defendant, including but not limited to such

property as may be held, received or transferred in Defendant's name or as may be held, received

or transferred for its benefit at, moving through, or within the possession, custody or control of

by any garnishees within this District, including but not limited to, ABN Amro, American

Express Bank, Bank of America, Bank of New York, Citibank, Deutsche Bank, HSBC (USA)

Bank, JP Morgan Chase, Standard Chartered Bank, Wachovia Bank; and it is further

**ORDERED** that supplemental process enforcing the Court's Order may be issued by the

Clerk upon application without further order of the Court; and it is further

**ORDERED** that following initial service by the U.S. Marshal or other designated process

server upon each garnishee, that supplemental service of the Process of Maritime Attachment and

Garnishment, as well as this Order, may be made by facsimile transmission or other verifiable

electronic means, including e-mail, to each garnishee; and it is further

**ORDERED** that service on any garnishee as described above is deemed effective

continuous service throughout the day from the time of such service through the opening of the

garnishee's business the next business day; and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee

may consent, in writing, to accept service by any other means.

Dated:  July 21, 2008

SO ORDERED:

_____
U. S. D. J.