UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YOK
------------------------------------------------------------x
UNITED BULK CARRIERS
INTERNATIONAL L.D.A.

                Plaintiff,

        -against-

NORTH CHINA SHIPPING LTD., a/k/a
NORTH CHINA SHIPPING CO. LTD.
a/k/a NORTH CHINA SHIPPING
COMPANY LTD. a/k/a NORTH CHINA
SHIPPING COMPANY LIMITED a/k/a
NORTH CHINA SHIPPING (SINGAPORE)
PTE LTD.

                Defendant.
------------------------------------------------------------x

ECF CASE

08 Civ. 5879 (WHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08

## ORDER TO SHOW CAUSE WHY
## RULE B MARITIME ATTACHMENT
## SHOULD NOT BE VACATED

Upon the annexed declarations of Yi Yuefeng dated , Gao Yanming, Wang Chengyu, Wang Lijun, all dated July 30, 2008, and Tulio R. Prieto, Esq., dated August 7, 2008, and the accompanying Memorandum of Law and the pleadings and proceedings heretofore had herein:

Let the Plaintiff, UNITED BULK CARRIERS INTERNATIONAL L.D.A. ("Plaintiff") show cause before the Honorable William H. Pauley, United States District Court Judge, at 500 Pearl Street, Courtroom 11D, New York, New York 10007, pursuant to the Supplemental Admiralty Rule E(4)(f) and Local Admiralty Rule E.1, on the 12th day of August, 2008, at 11:30 a.m., or as soon thereafter as counsel can be heard why (1) the maritime attachment shall not be vacated, and (2) an Order shall not be issued for such other

and further relief as the Court may deem just and proper.

Let service of a copy of this Order and the accompanying Declarations, exhibits, and Memorandum of Law, if served upon Tisdale Law Offices, LLC, 11 West 42nd Street, Suite 900, New York, NY 10036, attorneys for Plaintiff, on or before 11:00 am on August 8, 2008 (service to be made either by courier, fax or e-mail) be deemed good and sufficient service.

Answering papers, if any, including but not limited to affidavits, affirmations, declarations, exhibits and /or memoranda of law, shall be served so as to be received by counsel for the movant, Cardillo & Corbett by fax or e-mail on or before the 14 day of August, 2008 by 5:00 pm.

~~Reply papers, if any, shall be served on counsel for Defendant on or before ___ o'clock on August, 2008 (service to be made either by courier, fax or e-mail), such service to be deemed good and sufficient service.~~

Dated: New York, New York
       August 7, 2008

SO ORDERED:

_____
United States District Judge