Cardillo & Corbett
Attorneys for Claimants
NORTH CHINA SHIPPING (SINGAPORE) PTE LTD.
NORTH CHINA SHIPPING COMPANY, LIMITED
NORTH CHINA SHIPPING COMPANY LIMITED
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
Tulio R. Prieto (TP-8455)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
UNITED BULK CARRIERS
INTERNATIONAL L.D.A.

       Plaintiff,    **ECF**
              **RULE 7.1 STATEMENT**
    -against-     **08 Civ. 5879 (WHP)**

NORTH CHINA SHIPPING LTD., a/k/a
NORTH CHINA SHIPPING CO. LTD.
a/k/a NORTH CHINA SHIPPING
COMPANY LTD. a/k/a NORTH CHINA
SHIPPING COMPANY LIMITED a/k/a
NORTH CHINA SHIPPING (SINGAPORE)
PTE LTD.

       Defendant.
---------------------------------x

  Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Claimants, NORTH CHINA SHIPPING (SINGAPORE) PTE LTD.,NORTH CHINA SHIPPING COMPANY, LIMITED, NORTH CHINA SHIPPING COMPANY LIMITED (all private non-governmental parties), certifies that there are

no corporate parents, affiliates and/or subsidiaries of said parties which are publicly held.

Dated:    New York, New York
           August 7, 2008

                    CARDILLO & CORBETT
                    Attorneys for Claimants
                    NORTH CHINA SHIPPING (SINGAPORE) PTE LTD.
                    NORTH CHINA SHIPPING COMPANY, LIMITED
                    NORTH CHINA SHIPPING COMPANY LIMITED

By: _____
    Tulio R. Prieto (TP 8455)