UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YOK
------------------------------------x
UNITED BULK CARRIERS
INTERNATIONAL L.D.A.

                Plaintiff,

     -against-

NORTH CHINA SHIPPING LTD., a/k/a
NORTH CHINA SHIPPING CO. LTD.
a/k/a NORTH CHINA SHIPPING
COMPANY LTD. a/k/a NORTH CHINA
SHIPPING COMPANY LIMITED a/k/a
NORTH CHINA SHIPPING (SINGAPORE)
PTE LTD.

                Defendant.
------------------------------------x

**DECLARATION IN ACCORDANCE WITH 28 U.S.C. § 1746**
08 Civ. 5879 (WHP)

        Wang Lijun, declares, under penalty of perjury, as follows:

1.     I am the general manager of North China Shipping Limited ("NCSL"). I reside at Flat C, 4/F, Ka On Building, 8-14 Connaught Road West, Sheung Wan, Hong Kong. I make this declaration in support of the motion by the Claimants to vacate the attachment obtained by plaintiff of their funds in transit through New York intermediary banks.

2.     NCSL is a corporation formed in the Bahamas on October 24, 2001. A copy of the Certificate of Incorporation

of NCSL is attached hereto as Exhibit A.

3.      None of the funds attached by plaintiff that are claimed by Claimants belong to NCSL and none of the funds attached concern transactions in which NCSL was in any way involved.  NCSL does not do and has never done business in the name of or as North China Shipping (Singapore) PTE. Ltd., North China Shipping Company Limited, North China Shipping Co. Ltd., North China Shipping Company Ltd., or North China Shipping Co. Ltd.

WHEREFORE, I respectfully pray for an order by the Court vacating the attachment and granting such other and further relief as the Court may deem just and proper in the premises.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Hong Kong on July 30, 2008.

_____
Wang Lijun

# Exhibit A



IBC 01

**Commonwealth of The Bahamas**

**The International Business Companies Act**

(No. 45 of 2000)

(SECTION 16)

**Certificate of Incorporation**

No. 121665 B

North China Shipping Limited

I, CEDRIC F. MOXEY, Assistant Registrar General, the Commonwealth of The Bahamas do hereby certify pursuant to the International Business Companies Act 2000, (No. 45 of 2000) that all the requirements of the said Act in respect of incorporation have been satisfied, and that

North China Shipping Limited

is incorporated in the Commonwealth of The Bahamas as an International Business Company this 24th day of October, 2001

Given under my hand and seal
At Nassau in the Commonwealth
of The Bahamas

_Assistant Registrar General_