# TISDALE LAW OFFICES, LLC

11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

TL@TISDALE-LAW.COM

*New York, NY · Southport, CT*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/08

**MEMO ENDORSED**

RECEIVED AUG 11 2008

August 11, 2008

<u>By Facsimile with permission (212) 805 6390</u>
Hon. William H. Pauley
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2210
New York, NY 10007

Re:  **United Bulk Carriers Int'l L.D.A. v. North China Shipping Ltd., et al.**
     Docket Number: 08 Civ. 5879
     Our Reference Number: 08-1926

Honorable Sir:

We are attorneys for Plaintiff, United Bulk Carriers International L.D.A., in the above-captioned matter. We write with the consent of counsel for Defendants-Claimants North China Shipping Co. Ltd., North China Shipping Company Ltd., North China Shipping Company Limited and North China Shipping (Singapore) Pte. Ltd. As you know, these defendants have made a motion to vacate the instant maritime attachment by Order to Show Cause and a hearing has been scheduled before Your Honor for tomorrow at 11:30a.m.

<u>Counsel for the moving defendants and the Plaintiff herein jointly request that tomorrow's hearing be cancelled as the parties have signed a partial stipulation of discontinuance which makes the motion moot.</u> Please find the partial stipulation of discontinuance attached hereto. A copy of same has been sent to Orders and Judgments.

*Application granted.*

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III U.S.D.J.
8/14/08

Tomorrow, the Plaintiff will submit an amended ex parte order which will name only one defendant – North China Shipping Ltd. – the only defendant which will remain in this action upon Your Honor's execution of the attached stipulation.

We appreciate your Honor's indulgence in this matter.

Respectfully submitted,

Lauren C. Davies

CC:  *Via Facsimile (212) 797-1212*
 Counsel for the moving defendants
 Tulio R. Prieto
 Cardillo & Corbett
 29 Broadway, Suite 1710
 New York, NY 10006